IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA GUNN, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 16-1271 |
| ON THE BORDER ACQUISITIONS, LLC, | : |
| Defendant. | : |

# **O R D E R**

**AND NOW,** this 28th day of March, 2018, upon consideration of the defendant, On the Border Acquisitions, LLC's motion for summary judgment (Doc. No. 34) and the plaintiff's response in opposition (Doc. No. 37), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety with prejudice. **IT IS FURTHER ORDERED**, that plaintiff's motion for leave to file excess pages (Doc. No. 36) is denied as moot.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.